

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ALLAH G. ALLAH, in propria persona, d/b/a Greatminc Enterprise

Case:2:25-cv-11366
Judge: Grey, Jonathan J.C.
MJ: Altman, Kimberly G.
Filed: 05-12-2025 At 10:40 AM
CMP ALLAH V EXPERIAN INFORMATION SE
RVICES, LLC, ET AL (LG)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

**v.**

Experian Information Services, LLC
Equifax Information Services, LLC
TransUnion, LLC
Craig Boundy (CEO, Experian)
Mark Begor (CEO, Equifax)
Chris Cartwright (CEO, TransUnion)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Allah, Allah Greatmind |
| Street Address | 18675 Joann st |
| City and County | Detroit |
| State and Zip Code | Michigan |
| Telephone Number | 313-469-5236 |
| E-mail Address | Therealgreatmind7@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Experian Information Services, LLC |
| Job or Title (if known) | |
| Street Address | 475 Anton Blvd |
| City and County | Costa Mesa |
| State and Zip Code | CA 92626 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Equifax Information Services, LLC |
| Job or Title (if known) | |
| Street Address | 1550 Peachtree St. NW |
| City and County | Atlanta |
| State and Zip Code | GA 30309 |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 3

| | |
|---|---|
| Name | TransUnion, LLC |
| Job or Title (if known) | |
| Street Address | 555 West Adams |
| City and County | Chicago |
| State and Zip Code | Illinois 60661 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Craig Boundy |
| Job or Title (if known) | (CEO, Experian) |
| Street Address | Same as Experian HQ above |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ **Federal question**          ☐ **Diversity of citizenship**

Fill out the paragraphs in this section that apply to this case.

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Statutes at issue:

FCRA – 15 U.S.C. § 1681 et seq.

FDCPA – 15 U.S.C. § 1692 et seq.

UCC Article 9 – § 9-625(b)

16 C.F.R. § 433 (FTC Holder Rule)

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* ALLAH G ALLAH DBA Greatmind Enterprise ,
   is a citizen of the State of *(name)* Michigan .

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the
   State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the
   State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation
   The defendant, *(name)* Experian , is incorporated
   under the laws of the State of *(name)* _____, and
   has its principal place of business in the State of *(name)*
   _____. *Or* is incorporated under the laws of
   *(foreign nation)* United State of America , and has its principal place
   of business in *(name)* California .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
Over $75,000 based on economic harm, statutory damages, injury to credit, and punitive damages for willful violations.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I am a natural person and consumer within the meaning of 15 U.S.C. § 1692a(3).

2. Defendants have engaged in the collection, furnishing, or publishing of debts allegedly owed by me, without lawful authority, assignment, or verification of those debts as required by 15 U.S.C. § 1692g(a) and (b).

3. Defendants have reported and continued to report alleged debts that have not been validated or verified to me in writing, in violation of 15 U.S.C. § 1692g(b).

4. One or more accounts reported by Defendants falsely represent the character, amount, and legal status of the alleged debts, in violation of 15 U.S.C. § 1692e(2)(A).

5. Defendants have falsely represented themselves as having authority to collect debts without disclosing the identity of the original creditor, in violation of 15 U.S.C. § 1692e(10).

6. Defendants have used false names and designations, such as third-party collection agencies or mischaracterized furnishing sources, in violation of 15 U.S.C. § 1692e(14).

7. Some accounts listed by Defendants show balances not authorized by any agreement between the parties, constituting a violation of 15 U.S.C. § 1692f(1).

8. I have provided multiple written notices disputing these debts, and Defendants continued to report them to consumer reporting agencies without marking them as disputed, in violation of 15 U.S.C. § 1692e(8).

9. Defendants have communicated alleged debts to third parties—including consumer reporting agencies—without legal justification or permissible purpose, in violation of 15 U.S.C. § 1692c(b).

10. No collector or furnishing entity has provided a copy of the original signed agreement or contract allegedly creating the debt, nor evidence of assignment, as required by 15 U.S.C. § 1692g(b).

11. Defendants have failed to cease communication and reporting activity after receiving written notice from me requesting that all such communication stop, in violation of 15 U.S.C. § 1692c(c).

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Deletion of all unverifiable and false tradelines

Declaration that Plaintiff is the rightful secured party and payee

$150,000 in actual, statutory, and punitive damages

Injunctive relief barring further false reporting

Recovery of court costs and fees

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: A.A 05-10-2025 , 20 25 .

Signature of Plaintiff

Printed Name of Plaintiff    ALLAH G ALLAH D/b/a Greatmind Enterprise

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

Additional Clarification of Plaintiff's Standing and Capacity:

Plaintiff, Allah, Allah Greatmind is a natural person acting in propria persona, Allah G Allah doing business as Greatmind Enterprise, a sole proprietorship. Plaintiff is the beneficial owner, secured creditor, and entitlement holder of all financial instruments at issue in this complaint. All claims asserted herein arise from Plaintiff's legal and equitable title to those accounts and obligations, which are reported falsely or unlawfully enforced by the named defendants submits the following factual and legal evidence to support the claims made in this complaint. These exhibits are attached and incorporated by reference:

{Exhibit A} – Consumer Dispute Letters

Certified dispute letters mailed to Experian, Equifax, and TransUnion formally objecting to the inaccurate, unverifiable, and legally mischaracterized tradelines appearing on Plaintiff's consumer credit reports. The agencies failed to remove, validate, or correct the entries, in violation of:

FCRA § 1681i(a)(5) – failure to delete unverifiable information

FDCPA § 809(b) – failure to validate alleged debts upon notice

{Exhibit B} – UCC Financing Statement (UCC-1 Filing)

Filed UCC-1 evidencing Plaintiff's perfected, continuing security interest in all financial instruments, consumer goods, and credit agreements associated with the debtor entity "ALLAH G. ALLAH" and commercial agency "Greatmind Enterprise." This establishes the Plaintiff as:

The secured party under UCC § 9-102(a)(72),

The true owner of record,

And the secured creditor entitled to rights, remedies, and proceeds under UCC § 9-625(b).

{Exhibit C}– Credit Reports Showing Violations Credit report pages from Experian, Equifax, and TransUnion identifying: Multiple tradelines falsely reported as unpaid or in collection after Plaintiff issued lawful notice to cease reporting Misrepresentation of account ownership and legal status Incomplete, duplicative, and outdated entries causing harm to Plaintiff's legal standing and economic position Violations include: FCRA § 1681e(b) – failure to assure maximum accuracy FCRA § 1681s-2(b) – continued reporting after direct dispute FDCPA § 807(2)(A) – false representation of the character or legal status of a debt

{Exhibit D} – Declaration of Secured Creditor and Entitlement Rights

Plaintiff declares under penalty of perjury that: He is the true titleholder and beneficial owner of all financial instruments and consumer credit accounts reported in his name. He holds the right of enforcement, ownership, and collection over all proceeds, obligations, and related accounts as a secured creditor and secured party under Uniform Commercial Code Article 9. All reported obligations, accounts, and related financial instruments represent consumer goods transaction for which the Plaintiff is the lawful obligee, not the debtor. The reporting and collection activities of the defendants misrepresent Plaintiff's position, violate multiple federal protections, and interfere with his unalienable rights to property, privacy, and financial integrity. The Plaintiff, not any third-party collector or unauthorized furnisher, is the only party lawfully entitled to payment, benefit, or recognition under the subject financial instruments.

# FORMAL CREDIT REPORT DISPUTE LETTER & INSTRUCTION NOTICE TO UPDATE ACCOUNT RECORDS

## TO CONSUMER REPORTING AGENCIES & FINANCIAL INSTITUTIONS

*(Enforce Secured Party Rights, Dispute Unauthorized Debts, and Update Consumer Credit Accounts to Reflect Correct Legal Status & Financial Structure)*

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

**To:**

- ✦ **Equifax Information Services, LLC** – P.O. Box 740256, Atlanta, GA 30374
- ✦ **Experian** – P.O. Box 4500, Allen, TX 75013
- ✦ **TransUnion Consumer Solutions** – P.O. Box 2000, Chester, PA 19016

## Subject: Formal Dispute of Inaccurate & Unverified Credit Report Entries – Demand for Correction & Account Update

I, **Allah, Allah-Greatmind**, certify under **penalty of perjury** that the statements contained herein are **true, correct, and legally enforceable** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. The applicable laws governing secured transactions, consumer protection, and financial privacy.

*Effective date: Jan 12th 2020*

**Executed on:** March day of _____, **2025**

**ALL RIGHTS RESERVED – WITHOUT PREJUDICE**

_____

*(FCRA 609 & 611 Request, Enforcement of Secured Party Rights, UCC Entitlement Order, and Privacy Rights Under 15 U.S.C. § 6803)*

Dear Consumer Reporting Agency,

I am writing to **formally dispute** the validity, accuracy, and legal standing of certain reported accounts appearing on my consumer credit file. Additionally, I demand that you **immediately update all account records** to reflect my **legal status as the Secured Party & Beneficial Owner of the consumer credit accounts associated with my debtor entity (ALLAH GREAT-MIND ALLAH d/b/a Greatmind Enterprise). And correct all addresses on my credit report to one address 18675 Joann st detroit Michigan**

# FEDERAL DEBT COLLECTION PROTECTION & ENFORCEMENT RIGHTS UNDER FDCPA

✦ **The Fair Debt Collection Practices Act (FDCPA) (15 U.S.C. § 1692 et seq.) grants me federal protections against deceptive, unfair, and unlawful collection practices, including unauthorized claims against my secured assets.**

## ✓ Definition of a Debt Collector Under FDCPA § 1692a(6)

✦ **Under federal law, a debt collector includes:**
✓ **Any creditor who, in the process of collecting their own debts, uses any name other than their own, indicating a third party is attempting to collect a debt.**
✓ **Any person using an instrumentality of interstate commerce or the mail in a business whose principal purpose is the enforcement of security interests.**

✦ **As a Secured Party, my perfected interest in all accounts and financial instruments supersedes any unsecured claim made by financial institutions, debt collectors, or consumer reporting agencies.**

✦ **Any attempt to enforce an alleged debt without first recognizing my security interest is an FDCPA violation and a breach of my constitutional rights**

## Constitutional Protections Over My Financial Rights

✓ **Article I, Section 10 – Contract Clause (U.S. Constitution)**
✦ *"No State shall... pass any Law impairing the Obligation of Contracts."*

✓ **5th & 14th Amendments – Due Process & Property Rights**
✦ **I cannot be deprived of my secured assets, financial interests, or credit entitlements without due process.**

✓ **Article I, Section 24 (Michigan Constitution) – Property Rights & Security Interests**
✦ *"The right of individuals to acquire, possess, and protect property shall not be infringed."*

✓ **Article I, Section 23 (Michigan Constitution) – Right to Privacy & Financial Freedom**
✦ *"Every person has a right to privacy, which includes financial privacy and freedom from unauthorized use of personal financial information."*

✦ **These constitutional protect and my title to these asset  confirm my superior title over my financial assets and accounts. This letter serves as a formal notice of dispute and demand for immediate corrective action regarding:**

✓ Unauthorized use and disclosure of my personal and financial information.
✓ Incorrect or incomplete credit information reported to consumer reporting agencies.
✓ Violations of federal and state regulations concerning account termination and debt collection practices.

This **dispute is made under the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 et seq., the Uniform Commercial Code (UCC) Article 9, and the Gramm-Leach-Bliley Act (15 U.S.C. § 6803) regarding privacy and consumer rights.**

 SECURED PARTY CLAIM & LEGAL POSITION – SUPERIOR CLAIM OVER ALL CREDIT ACCOUNTS UCC § 9-309 – Security Interest Perfected Upon Attachment My secured interest in consumer goods, accounts, and financial assets is perfected upon attachment under UCC § 9-309(1).  UCC § 9-311(b) – Compliance with Other Laws & Priority Over Lien Creditors As a Secured Party, my compliance with statutory requirements grants my interest priority over any lien creditors.

✦ **I Allah, Allah Greatmind As the Secured Party, Beneficial Owner, and Entitlement Holder of my consumer accounts, I hold a perfected security interest in all credit accounts, financial instruments, and any alleged debt appearing on my credit report.**

✦ **my Perfected Security Interest is legally enforceable under the FDCPA (15 U.S.C. § 1692 et seq.) and UCC Articles 1, 9, and 8, and it is superior to any third-party claims, liens, or unauthorized financial actions by debt collectors, creditors, financial institutions, or consumer reporting agencies.**

✦ **A consumer "perfects" their interest in a consumer goods transaction when they take possession of the goods, especially if the purchase is considered a "purchase money security interest" (PMSI), which means the loan was specifically used to buy consumer goods. I am in possession and control of the goods and hold full ownership rights as the obligee of the consumer credit contract.**

✦ **Any instrument that evidences or embodies a debt arising from a "Purchase Money Loan" transaction or a "financed sale" is subject to my entitlement as the secured party and protected under federal law.**

✦ **Earnings. Compensation paid or payable to an individual account for personal services As a "Buyer in Ordinary Course of Business"** who in good faith buys for their person, family, and household need under UCC § 1-201(b)(9), I have obtained financial assets and personal property in good faith without knowledge of any superior claims by third parties, meaning my secured interest is protected under federal law and the UCC.

✦ **Pursuant to UCC § 9-311(b) & UCC § 9-309(1), my security interest is perfected upon attachment and remains superior regardless of any changes in the use or transfer of possession of collateral.**

As a Secured Party, my perfected interest in all accounts and financial instruments supersedes any unsecured claim made by financial institutions, debt collectors, or consumer reporting agencies.

✦ **Any attempt to enforce an alleged debt without first recognizing my security interest is an FDCPA violation and a breach of my constitutional rights.**

# I. FORMAL DISPUTE OF UNAUTHORIZED & UNVERIFIED ACCOUNTS

I have previously issued a formal Cease & Desist Order regarding all the alleged debts and accounts reported to my consumer credit file. I have never provided express written consent in wet ink to authorize or disclose financial obligations to these alleged lien creditors.
✓ I am the Secured Party and Beneficial Owner under all consumer credit contracts connected to my debtor entity.
I Hold a Perfected Security Interest in All Alleged Debts on My Credit Report that are being misrepresented

- *These accounts are not debts but credits owed to me as the Secured Party holding a perfected secured interest under UCC § 9-104, § 9-314, and § 8-501.*
- **Each credit account on my report constitutes an "extension of credit" under ECOA (12 CFR 1002.2) a credit contract & UCC 9-102(2).**
- **As the Secured Party and Entitlement Holder, I am legally entitled to collect and control all funds associated with these accounts.**

Pursuant to **FCRA 609 & 611**, I demand that you:
☑ **Delete any unverifiable, inaccurate, or unauthorized accounts per FCRA 611(a)(5).**
☑ **Provide a complete accounting of any adverse action taken against me, as required under the Fair Credit Billing Act (FCBA) and Regulation Z (Truth in Lending Act).**

Failure to verify these accounts within **30 days** requires immediate removal per **FCRA § 1681i(a)(5).**

# II. DEMAND TO UPDATE ACCOUNT RECORDS UNDER UCC & SECURED PARTY RIGHTS

**(Instruction Notice for Consumer Reporting Agencies & Financial Institutions to Reflect Updated Financial Structure & Control) I hereby instruct all consumer reporting agencies, creditors, and financial institutions** to **immediately update their records** to reflect the following:

**✓ Operating Name: Greatmind Enterprise (d/b/a ALLAH G. ALLAH)**
**✓ Legal Title: Beneficial true Owner**
**✓ Entity Type: Sole Proprietor Business Enterprise**
**✓ Controlling Interest: 100% Held by Allah, Allah-Greatmind, the registered owner**
**✓ UCC Filing Reference: SR20250228000009755-0 (Perfected Security Interest, Filed 02/28/2025)**
**✓ Governance: Executed under a Private Security Agreement, Operating Agreement, Durable Power of Attorney, and Accountholder Membership Service Agreement.**

**◆ Legal Basis for This Update:**
**✓ UCC § 9-104 (Control Over Deposit & Credit Accounts)**
**✓ UCC § 9-314 (Perfection of Security Interest in Financial Assets)**
**✓ UCC § 8-501 (Entitlement Holder Rights Over Financial Assets)**
**✓ 15 U.S.C. § 6803 (Financial Privacy & Disclosure Laws)**
**✓ FCRA 15 U.S.C. § 1681 et seq. (Consumer Credit Reporting Protections)**

## Immediate Required Action

1. **Update all consumer credit accounts to recognize my Secured Party status.**
2. **Correct all mischaracterized debtor-creditor relationships.**
3. **Confirm compliance with federal laws regarding financial disclosures and secured party entitlements.**

# DISPUTED ACCOUNTS – DEMAND FOR REMOVAL & CORRECTION

## ◆ AMERICAN EXPRESS BUSINESS ACCOUNTS – NOT PERSONAL CONSUMER CREDIT

- Account #1: **XXXXXXXXXXXX 0203**
- Account #2: **XXXXXXXXXXXX 3703**
- Account #3: **XXXXXXXXXXXX 2163**
- Account #4: **XXXXXXXXXXXX 5213**
- Account #5: **XXXXXXXXXXXX 2143**

**✦ AMERICAN EXPRESS CONTACT INFORMATION**
AMERICAN EXPRESS
PO Box 981537
El Paso, TX 79998-1537
(800) 874-2717

✓ **These accounts must be deleted immediately, as business accounts are not consumer debts under FCRA § 1681c.**

# ✦ NAVY FEDERAL CREDIT UNION – INCORRECT REPORTING OF SECURED PARTY RIGHTS

**✦ NAVY FEDERAL owes me the unpaid balance of $18,792.88 as the Secured Party and Grantor of the Credit Contract.**

**✦ NAVY FEDERAL CONTACT INFORMATION**
NAVY FEDERAL CREDIT UNION
PO Box 3700 Attn: CBR Disputes
Merrifield, VA 22119-3700
(888) 842-6328

✓ **This account must be corrected to reflect the unpaid balance as payable to me under my secured party rights.**

# ✦ GENISYS CREDIT UNION – CORRECTION OF INCOMPLETE INFORMATION

**✦ GENISYS CREDIT UNION owes me the unpaid credit balance of $26,541.98. Account Numbers xxxxxxx 6100 xxxxxxx 0200**

**\*\*\*1264, \*\*\*\*\*\*0897, \*\*\*\*\*\*\*L61, \*\*\*\*\*\*\*\*L6**

**✦ GENISYS CREDIT UNION CONTACT INFORMATION**
GENISYS CREDIT UNION
50 W Big Beaver Rd
Troy, MI 48084-5202
(313) 528-0800

✓ **Incorrect balance reporting violates the FCRA and FDCPA.**
✓ **The full credit balance must be reported as due to me, the Secured Party.**

# III. NOTICE OF PRIVACY RIGHTS VIOLATIONS UNDER 15 U.S.C. § 6803

Under the Gramm-Leach-Bliley Act (15 U.S.C. § 6803), a financial institution is required to:
✓ Provide clear disclosure of its policies regarding nonpublic personal information.
✓ Ensure that no unauthorized third-party access has occurred without express written permission.
✓ Protect consumer financial data from improper usage or reporting.

You are **hereby instructed** to:
☑ **Immediately provide all records of any third-party disclosures** regarding my financial accounts.
☑ **Cease & Desist from any further unauthorized sharing of my personal financial information.**
☑ **Immediate removal of any inaccurate or unlawful credit information reporting against my name. Correction of any misrepresentation, improper classification, or unauthorized reporting of my financial status that affects my creditworthiness and my right to life freedom, and pursuit of happiness. Full compliance with my secured party rights, including acknowledgment of financial entitlements owed to me.**

# IV. FINAL NOTICE BEFORE REGULATORY & LEGAL ENFORCEMENT

If the requested updates, deletions, and corrections are not completed within 30 days, I will:
✓ File formal complaints with the CFPB, FTC, OCC, NCUA, and state consumer protection agencies.
✓ Pursue legal action against all noncompliant parties for damages related to false reporting, breach of fiduciary duty, and violations of UCC law.
✓ Issue a UCC-5 Information Statement to publicly declare all violations.

**This is your final legal notice before immediate escalation to federal court**

# FEDERAL JURISDICTION OVER THIS CLAIM

✦ **This matter falls under federal jurisdiction because it involves violations of:**
✓ **The Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.) – Protection against unauthorized reporting of financial data.**
✓ **The Fair Debt Collection Practices Act (FDCPA) (15 U.S.C. § 1692 et seq.) – Protection against deceptive and unfair debt collection.**
✓ **The Equal Credit Opportunity Act (ECOA) (12 CFR § 1002.2) – Protection against unfair credit practices.**
✓ **The Truth in Lending Act (TILA) (12 CFR § 1026.11) – Protection against unlawful financial agreements and misrepresented credit accounts.**

✓ **12 CFR § 205.2 (Regulation E) – Protection of my consumer asset accounts, including checking, savings, and deposit accounts.**
✓ **16 CFR § 433 – FTC Holder in Due Course Rule – Prohibiting deceptive lending and debt enforcement practices.**
✓ **16 CFR § 444 – FTC Unfair Credit Practices Rule – Preventing deceptive and abusive debt collection and credit reporting.**

❖ As such, any violations by financial institutions, creditors, or debt collectors regarding my secured party rights and financial assets shall be pursued under federal law. ❖

Sincerely,

Signature_____

*Allah, Allah Greatmind*

(Title) Beneficial Owner
- **Secured Party & Beneficial Owner**
- **Attorney-in-Fact for ALLAH GREAT-MIND ALLAH d/b/a Greatmind Enterprise**

# NOTARY JURAT & AFFIDAVIT OF SERVICE AND ACCEPTANCE

**STATE OF [Your State]**
**COUNTY OF [Your County]**

## AFFIDAVIT OF SERVICE & ACCEPTANCE

I, Allah, Allah-Greatmind, being duly sworn, depose and state as follows:

1. **Service of Notice: On this [Day] of [Month], 2025, I personally delivered or caused to be delivered via Certified Mail – Return Receipt Requested a true and correct copy of my Formal Dispute of Inaccurate & Unverified Credit Report Entries – Demand for Correction & Account Update to the following Consumer Reporting Agencies and Financial Institutions:**

   - **Equifax Information Services, LLC – P.O. Box 740256, Atlanta, GA 30374**
   - **Experian – P.O. Box 4500, Allen, TX 75013**
   - **TransUnion Consumer Solutions – P.O. Box 2000, Chester, PA 19016**
   - **Genisys Credit Union – 50 W Big Beaver Rd, Troy, MI 48084-5202**
   - **Navy Federal Credit Union – P.O. Box 3700 Attn: CBR Disputes, Merrifield, VA 22119-3700**
   - **American Express – P.O. Box 981537, El Paso, TX 79998-1537**

2.  ✦ **Tracking Number(s):** _____

3.  **Method of Service:** The document was served through the following method:
    ☐ Certified Mail with Return Receipt Requested (USPS Form 3811)
    ☐ Personal Hand Delivery (Notary Presentment)
    ☐ Process Server / Courier Service

4.  **Acknowledgment of Acceptance:** I, Allah, Allah-Greatmind, acknowledge receipt of any responses, counteroffers, and communications relating to this matter as addressed in my Notice. All recipients of the Notice are required to respond in writing within 30 days from the date of service.

5.  **Statement of Truth:** I affirm, under penalty of perjury under the laws of the United States of America, that the foregoing is true, correct, and complete to the best of my knowledge and belief.

Executed this [14th] of [March], 2025, in [City, State].

**Affiant's Signature:** _____

**Allah, Allah-Greatmind**
**Beneficial Owner/Attorney-in-Fact for ALLAH GREAT-MIND ALLAH d/b/a Greatmind Enterprise**

## ✦ NOTARY PUBLIC SECTION ✦

**STATE OF [Your State]**
**COUNTY OF [Your County]**
On this [14th] [Day] of [Month], 2025, before me, a Notary Public, personally appeared Allah, Allah-Greatmind, who proved to me through satisfactory evidence of identification to be the person whose name is subscribed within this instrument, and who affirmed before me that the foregoing statements are true and correct.

✦ **Notary Public Signature:** _____

✦ **Notary Seal:**
✦ **Commission Expiration Date:** April 14, 2031

BREANA DAMRON
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires April 14, 2031
Acting in the County of _____

# VI. ENCLOSURES (SUPPORTING DOCUMENTS):

- **Certified Copy of Assumed Name Certificate**
- **Durable Power of Attorney**
- **Operating Agreement for Greatmind Enterprise**
- **Security Agreement & UCC-1 Financing Statement (Filing No. SR20250228000009755-0, Filed 02/28/2025)**
- **Notarized Affidavit of Ownership**
- **Copy of Prior Cease & Desist Order**
- **Copy of Credit Report with Disputed Items Highlighted**

Note: Please see all attached exhibits/documents associated with my title and ownership to manage this account on behalf of the Legal entity ALLAH GREAT-MIND ALLAH.

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
**By:** Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236


**To:** Navy Federal Credit Union Executive Dept.
ATTN: John Collins CFO/ Compliance Dept.
 PO BOX 3700 MERRIFIELD, VA 22119

**Subject: Cease and Desist – Unlawful Debt Collection and Unauthorized Use of Personal Information**

**To Whom It May Concern,**

This letter serves as a formal **cease and desist** demand regarding your unlawful debt collection practices and unauthorized use of my personal financial information. Your continued actions violate multiple federal laws, and I demand immediate corrective action.

# 1. Cease Communication Pursuant to 15 U.S.C. § 1692c(c)

Under the Fair Debt Collection Practices Act (FDCPA), **15 U.S.C. § 1692c(c)**, once a consumer notifies a debt collector in writing that they refuse to pay a debt or request cessation of communication, the debt collector is legally obligated to cease all further communication regarding that debt.

I have **previously notified** you in writing that I refuse to pay the alleged debt and have demanded that you **cease all communications** regarding it. However, you have continued to report this debt to consumer reporting agencies. This constitutes an unlawful form of communication in direct violation of the FDCPA.

I hereby demand that you:

- **Immediately cease and desist all communication** with me regarding this alleged debt.
- **Cease all reporting** of this debt to consumer reporting agencies.
- **Provide written confirmation** that you have complied with this request.

Failure to comply will result in **formal complaints** to the Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and my state Attorney General's office. Additionally, I reserve the right to pursue **civil litigation** for damages resulting from your unlawful conduct.

## 2. Unauthorized Use of Personal Information Under 15 U.S.C. § 6802

Under the **Gramm-Leach-Bliley Act (15 U.S.C. § 6802)**, financial institutions are prohibited from disclosing a consumer's **nonpublic personal information** without explicit consent.

I have **never provided written consent** for your company to use, share, or disclose my financial information in any capacity. Your unauthorized use of my information has caused **material adverse effects** on my financial privacy and well-being.

I demand that you:

- **Immediately cease and desist** from any further unauthorized use or disclosure of my personal financial information.
- **Provide proof** of my original **wet ink signature** authorizing you to disclose my personal information.
- **Confirm in writing** that you have ceased all unauthorized use of my information.

Failure to provide this documentation will result in legal action, including **monetary damages and injunctive relief** for violations of my privacy rights.

## 3. Perfection of My Ownership Interest in Consumer Goods

Under **UCC Article 9**, a consumer "perfects" their ownership interest in consumer goods when they take possession, particularly in **Purchase Money Security Interest (PMSI) transactions** where the loan was used specifically to acquire the goods. I am in **possession and control** of the goods in question and hold **full ownership rights** as the obligee of any consumer credit contract.

Any claims to the contrary are invalid and unenforceable. Any attempts to wrongfully repossess, claim, or assign interest in these goods will be considered **unlawful conversion and fraud**, subjecting your company to legal liability.

## 4. Violations Under the Insurance Code of 1956 (Act 218 of 1956)

Under **Section 500.2153**, an insurer or any insured **financial institution offering a credit agreement may not use credit information** to deny, cancel, or **non-renew a personal insurance policy**. Additionally, **Section 500.2157** requires insurers to **reevaluate** an insured's credit information within **30 days** if any **incorrect or incomplete** information is identified and to **refund overpaid premiums** accordingly.

Your **improper use of my credit information** has negatively affected my **insurance policies and financial standing**. As such, I demand:

- **A full reevaluation of my credit information** and its impact on my insurance policies.
- **Immediate correction** of any errors affecting my financial profile.
- **A refund of any overpaid insurance premiums** as required by law.

Failure to comply will result in **regulatory complaints and legal action** to recover damages for your unlawful conduct.

## Final Warning

This **cease and desist** serves as your **final notice**. Failure to comply will result in **immediate legal action**, including but not limited to:

- A **formal complaint** with regulatory agencies.
- Potential **civil litigation** for statutory and actual damages.
- A request for **punitive damages** due to willful and reckless disregard for my consumer rights.

You are **hereby instructed** to respond in writing within **10 days** of receipt of this notice, confirming your compliance.

Failure to comply will result in immediate escalation.

Signature _____ on behalf of the consumers

*Allah, Allah Greatmind*
(Title) Registered Owner/Attorney-in-fact

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
**By:** Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236

**To:** Genisys Credit Union
ATTN: Gregory Melega, Secretary/Compliance Dept.
2100 Executive Hills Blvd. Auburn Hills, MI 48326

**Subject: Cease and Desist – Unlawful Debt Collection and Unauthorized Use of Personal Information**

**To Whom It May Concern,**

This letter serves as a formal **cease and desist** demand regarding your unlawful debt collection practices and unauthorized use of my personal financial information. Your continued actions violate multiple federal laws, and I demand immediate corrective action.

## 1. Cease Communication Pursuant to 15 U.S.C. § 1692c(c)

Under the Fair Debt Collection Practices Act (FDCPA), **15 U.S.C. § 1692c(c)**, once a consumer notifies a debt collector in writing that they refuse to pay a debt or request cessation of communication, the debt collector is legally obligated to cease all further communication regarding that debt.

I have **previously notified** you in writing that I refuse to pay the alleged debt and have demanded that you **cease all communications** regarding it. However, you have continued to report this debt to consumer reporting agencies. This constitutes an unlawful form of communication in direct violation of the FDCPA.

I hereby demand that you:

- **Immediately cease and desist all communication** with me regarding this alleged debt.
- **Cease all reporting** of this debt to consumer reporting agencies.
- **Provide written confirmation** that you have complied with this request.

Failure to comply will result in **formal complaints** to the Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and my state Attorney General's office. Additionally, I reserve the right to pursue **civil litigation** for damages resulting from your unlawful conduct.

## 2. Unauthorized Use of Personal Information Under 15 U.S.C. § 6802

Under the **Gramm-Leach-Bliley Act (15 U.S.C. § 6802)**, financial institutions are prohibited from disclosing a consumer's **nonpublic personal information** without explicit consent.

I have **never provided written consent** for your company to use, share, or disclose my financial information in any capacity. Your unauthorized use of my information has caused **material adverse effects** on my financial privacy and well-being.

I demand that you:

- **Immediately cease and desist** from any further unauthorized use or disclosure of my personal financial information.
- **Provide proof** of my original **wet ink signature** authorizing you to disclose my personal information.
- **Confirm in writing** that you have ceased all unauthorized use of my information.

Failure to provide this documentation will result in legal action, including **monetary damages and injunctive relief** for violations of my privacy rights.

## 3. Perfection of My Ownership Interest in Consumer Goods

Under **UCC Article 9**, a consumer "perfects" their ownership interest in consumer goods when they take possession, particularly in **Purchase Money Security Interest (PMSI) transactions** where the loan was used specifically to acquire the goods. I am in **possession and control** of the goods in question and hold **full ownership rights** as the obligee of any consumer credit contract.

Any claims to the contrary are invalid and unenforceable. Any attempts to wrongfully repossess, claim, or assign interest in these goods will be considered **unlawful conversion and fraud**, subjecting your company to legal liability.

## 4. Violations Under the Insurance Code of 1956 (Act 218 of 1956)

Under **Section 500.2153**, an insurer or any insured **financial institution offering a credit agreement may not use credit information** to deny, cancel, or **non-renew a personal insurance policy.** Additionally, **Section 500.2157** requires insurers to **reevaluate** an insured's credit information within **30 days** if any **incorrect or incomplete** information is identified and to **refund overpaid premiums** accordingly.

Your **improper use of my credit information** has negatively affected my **insurance policies and financial standing.** As such, I demand:

- **A full reevaluation of my credit information** and its impact on my insurance policies.
- **Immediate correction** of any errors affecting my financial profile.
- **A refund of any overpaid insurance premiums** as required by law.

Failure to comply will result in **regulatory complaints and legal action** to recover damages for *your unlawful conduct.*

## Final Warning

This **cease and desist** serves as your **final notice.** Failure to comply will result in **immediate legal action,** including but not limited to:

- A **formal complaint** with regulatory agencies.
- Potential **civil litigation** for statutory and actual damages.
- A request for **punitive damages** due to willful and reckless disregard for my consumer rights.

*You are **hereby instructed** to respond in writing within **10 days** of receipt of this notice,* confirming your compliance.

Failure to comply will result in immediate escalation.

Signature *Δ́∫α Signing, on Behalf of Consumer Account*

*Allah, Allah Greatmind*

(Title) Registered Owner/Attorney-in-fact

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
**By:** Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236

**To:** James Killerlane, Secretary of the Board
American Express Business Accounts
P.O. Box 981537
El Paso, TX 79998

**Subject: Cease and Desist – Unlawful Reporting and Unauthorized Use of Personal Information**

**To Whom It May Concern,**

This letter serves as a **formal demand** for the immediate **deletion** of any and all American Express **business accounts** being reported under my personal credit file. Business accounts are **not** consumer debts and must not be reported under my personal credit profile.

# 1. Business Accounts Are Not Consumer Debts – Violation of FCRA § 1681c

Under the **Fair Credit Reporting Act (FCRA) § 1681c**, business accounts are **not** classified as consumer debts and **must not** be reported on a personal credit file. Despite this clear legal standard, you have continued to report these business accounts under my personal credit profile, which constitutes a **violation of federal law.**

I hereby demand that you:

- **Immediately delete** all American Express **business accounts** from my consumer credit report.
- **Cease and desist** from any further reporting of business-related debts under my personal credit profile.
- **Provide written confirmation** that these accounts have been permanently removed from my credit file.

Failure to comply with this demand will result in **formal complaints** being filed with the **Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and my state Attorney General's office.** Additionally, I reserve the right to pursue **legal action for damages,** including violations of my rights under the FCRA.

## 2. Cease Unauthorized Use of My Personal Information – 15 U.S.C. § 6802

Under the **Gramm-Leach-Bliley Act (15 U.S.C. § 6802)**, financial institutions are **prohibited** from disclosing or using a consumer's **nonpublic personal information** without explicit written consent.

I have **never provided written consent** for American Express or its affiliates to report, use, or disclose my business account information under my personal credit file. Your unauthorized actions have negatively impacted my financial standing and privacy.

I demand that you:

- **Immediately cease and desist** from using or reporting my business account information in connection with my personal credit.
- **Provide proof** of my original **wet ink signature** authorizing the use of my personal information in this manner.
- **Confirm in writing** that my personal information will no longer be improperly used for business account reporting.

Failure to comply will result in **legal action**, including claims for **monetary damages and injunctive relief** for violating my privacy rights.

## 3. Final Notice and Legal Consequences

This letter serves as your **final notice**. If you do not confirm compliance within **10 days**, I will proceed with:

- **Regulatory complaints** against American Express and its reporting practices.
- **Legal action** for violations of the FCRA, FDCPA (if applicable), and the Gramm-Leach-Bliley Act.
- A request for **punitive damages** due to willful and reckless disregard for my consumer rights.

I expect your **immediate action** and a written response confirming that all American Express **business accounts** have been permanently removed from my consumer credit file.

Signature _____

*Allah, Allah Greatmind*
(Title) Registered Owner/Attorney-in-fact

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
**By:** Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236

**First Credit Services**
Attn:Mr. Raj Chhabria, CEO/Owner, Authorized Representative
9 Wills Way, Building 3
Piscataway, NJ 08854

**Subject: Cease and Desist – Unlawful Debt Collection and Unauthorized Use of Personal Information DATE: 09-27-2024**

**To Whom It May Concern,**

This letter serves as a **formal cease and desist demand** regarding your **unfair and deceptive debt collection practices** and **unauthorized use of my personal financial information.** Your actions **violate federal law,** and I demand **immediate corrective action.**

## 1. Cease Communication Pursuant to 15 U.S.C. § 1692c(c)

Under the **Fair Debt Collection Practices Act (FDCPA) § 1692c(c),** once a consumer **notifies a debt collector in writing** that they **refuse to pay** or request cessation of communication, the debt collector **must immediately stop all further communication** regarding that debt.

I have **previously notified** your company in writing that I **refuse to pay** the alleged debt and have demanded that you **cease all communication** regarding it. However, you have continued to contact me and/or report this debt to consumer reporting agencies, which is a **direct violation of the FDCPA.**

I hereby demand that you:

- **Immediately cease and desist all communication** with me regarding this alleged debt AND DELETE IT FROM MY CREDIT REPORT.
- **Stop all reporting** of this debt to consumer reporting agencies.
- **Provide written confirmation** that you have complied with this request.

If you **fail to comply,** I will file **formal complaints** with the **Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC),** and my state **Attorney General's office.** I also reserve the right to pursue **legal action for damages,** including violations of my consumer rights under the FDCPA.

## 2. Unauthorized Use of Personal Information – Violation of 15 U.S.C. § 6802

Under the **Gramm-Leach-Bliley Act (15 U.S.C. § 6802)**, financial institutions and their agents **are prohibited** from using, sharing, or disclosing a consumer's **nonpublic personal information** without **explicit written consent.**

I have **never provided written consent** for First Credit Services to use, disclose, or share my **personal financial information.** Your unauthorized actions have caused **material adverse effects** on my financial privacy and well-being.

I demand that you:

- **Immediately cease and desist** from using or disclosing my personal financial information.
- **Provide proof** of my original **wet ink signature** authorizing you to disclose my personal information.
- **Confirm in writing** that my personal information will no longer be used improperly.

Failure to comply will result in **legal action**, including **monetary damages and injunctive relief** for violations of my privacy rights.

## Final Notice and Legal Consequences

This letter serves as **your final notice.** If you do not confirm compliance within **10 days,** I will proceed with:

- **Regulatory complaints** against First Credit Services for unlawful debt collection and privacy violations.
- **Legal action** for violations of the FDCPA and Gramm-Leach-Bliley Act.
- A request for **punitive damages** due to your willful and reckless disregard of my consumer rights.

I expect your **immediate compliance** and a **written response confirming that you have ceased all unlawful actions.**

**Sincerely,**

Signature _____

*Allah, Allah Greatmind*
(Title) Registered Owner/Attorney-in-fact

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
**By:** Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236


**To: Paul Walsh, Chief Executive Officer**
**Chex Systems, Inc.**
**7805 Hudson Road, Suite 100**
**Woodbury, MN 55125**
**Phone: (800) 513-7125**

**Subject: Cease and Desist – Unlawful Debt Collection and Unauthorized Use of Personal Information**

**To Whom It May Concern,**

This letter serves as a formal **cease and desist** demand regarding your unlawful debt collection practices and unauthorized use of my personal financial information. Your continued actions violate multiple federal laws, and I demand immediate corrective action.

## Formal Demand to Cease Unlawful Misrepresentation and Unauthorized Reporting

**To Paul Walsh, Chief Executive Officer,**

This letter serves as a **formal notice and demand** regarding **Chex Systems, Inc.'s deceptive and unlawful reporting practices**, specifically concerning **third-party supplemental data acquisition** and **misrepresentation under 15 U.S.C. § 1692j.** Your company's **misuse of third-party information and misleading reporting practices** have directly harmed my financial standing and legal rights.

## 1. Cease Communication Pursuant to 15 U.S.C. § 1692c(c)

Under the Fair Debt Collection Practices Act (FDCPA), **15 U.S.C. § 1692c(c)**, once a consumer notifies a debt collector in writing that they refuse to pay a debt or request cessation of communication, the debt collector is legally obligated to cease all further communication regarding that debt.

I have **previously notified** you in writing that I refuse to pay the alleged debt and have demanded that you **cease all communications** regarding it. However, you have continued to report this debt to consumer reporting agencies. This constitutes an unlawful form of communication in direct violation of the FDCPA.

I hereby demand that you:

- **Immediately cease and desist all communication** with me regarding this alleged debt.
- **Cease all reporting** of this debt to consumer reporting agencies.
- **Provide written confirmation** that you have complied with this request.

Failure to comply will result in **formal complaints** to the Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and my state Attorney General's office. Additionally, I reserve the right to pursue **civil litigation** for damages resulting from your unlawful conduct.

## 2. Unauthorized Use of Personal Information Under 15 U.S.C. § 6802

Under the **Gramm-Leach-Bliley Act (15 U.S.C. § 6802)**, financial institutions are prohibited from disclosing a consumer's **nonpublic personal information** without explicit consent.

I have **never provided written consent** for your company to use, share, or disclose my financial information in any capacity. Your unauthorized use of my information has caused **material adverse effects** on my financial privacy and well-being.

I demand that you:

- **Immediately cease and desist** from any further unauthorized use or disclosure of my personal financial information.
- **Provide proof** of my original **wet ink signature** authorizing you to disclose my personal information.
- **Confirm in writing** that you have ceased all unauthorized use of my information.

Failure to provide this documentation will result in legal action, including **monetary damages and injunctive relief** for violations of my privacy rights.

## 3. Perfection of My Ownership Interest in Consumer Goods

Under **UCC Article 9**, a consumer "perfects" their ownership interest in consumer goods when they take possession, particularly in **Purchase Money Security Interest (PMSI) transactions** where the loan was used specifically to acquire the goods. I am in **possession and control** of the goods in question and hold **full ownership rights** as the obligee of any consumer credit contract.

Any claims to the contrary are invalid and unenforceable. Any attempts to wrongfully repossess, claim, or assign interest in these goods will be considered **unlawful conversion and fraud**, subjecting your company to legal liability.

## 4. Violations Under the Insurance Code of 1956 (Act 218 of 1956)

Under **Section 500.2153**, an insurer or any insured **financial institution offering a credit agreement may not use credit information** to deny, cancel, or **non-renew a personal insurance policy**. Additionally, **Section 500.2157** requires insurers to **reevaluate** an insured's credit information within **30 days** if any **incorrect or incomplete** information is identified and to **refund overpaid premiums** accordingly.

Your **improper use of my credit information** has negatively affected my **insurance policies and financial standing**. As such, I demand:

- **A full reevaluation of my credit information** and its impact on my insurance policies.
- **Immediate correction** of any errors affecting my financial profile.
- **A refund of any overpaid insurance premiums** as required by law.

## 5. Unlawful Misrepresentation Under 15 U.S.C. § 1692j

Under **15 U.S.C. § 1692j(a)**, it is **illegal** to **design, compile, or furnish any form that falsely implies** that a third party is involved in debt collection when they are not. **Chex Systems, Inc. has engaged in deceptive practices by obtaining and distributing supplemental data**—such as Checking Account and Demand Deposit Account (DDA) activity—**in a manner that creates confusion and falsely implies a debt collection purpose.**

Your actions have:

- **Misrepresented my financial transactions,** leading to incorrect or misleading reporting.
- **Created an unfair and deceptive appearance** of debt-related activity where none exists.
- **Negatively impacted my financial reputation and consumer rights.**

### Immediate Demands for Compliance

I demand that **Chex Systems, Inc.** immediately:

1. **Cease and desist** from misrepresenting third-party supplemental information in connection with my financial profile.
2. **Remove any inaccurate or misleading reports** generated using third-party data, including information improperly furnished to TransUnion and other consumer reporting agencies.
3. **Provide written confirmation** that you have ceased all unauthorized third-party data usage in my consumer profile.

Failure to comply will result in **regulatory complaints and legal action** to recover damages for your unlawful conduct.

## Final Warning

This **cease and desist** serves as your **final notice**. Failure to comply will result in **immediate legal action**, including but not limited to:

- A **formal complaint** with regulatory agencies.
- Potential **civil litigation** for statutory and actual damages.
- A request for **punitive damages** due to willful and reckless disregard for my consumer rights.

You are **hereby instructed** to respond in writing within **10 days** of receipt of this notice, confirming your compliance.

Failure to comply will result in immediate escalation.

Signature_____

*Allah, Allah Greatmind*
(Title) Registered Owner/Attorney-in-fact

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
**By:** Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236

**TO:** Thomas Foley Jr., Chief Executive Officer
Penn Credit Corporation
2800 Commerce Dr.
Harrisburg, PA 17110
Phone: (800) 900-1380

**Subject: Cease and Desist – Unlawful Debt Collection and Unauthorized Use of Personal Information DATE: 09-27-2024**

**To Whom It May Concern,**

This letter serves as a **formal cease and desist demand** regarding your **unfair and deceptive debt collection practices** and **unauthorized use of my personal financial information.** Your actions **violate federal law,** and I demand **immediate corrective action.**

## 1. Cease Communication Pursuant to 15 U.S.C. § 1692c(c)

Under the **Fair Debt Collection Practices Act (FDCPA) § 1692c(c),** once a consumer **notifies a debt collector in writing** that they **refuse to pay** or request cessation of communication, the debt collector **must immediately stop all further communication** regarding that debt.

I have **previously notified** your company in writing that I **refuse to pay** the alleged debt and have demanded that you **cease all communication** regarding it. However, you have continued to contact me and/or report this debt to consumer reporting agencies, which is a **direct violation of the FDCPA.**

I hereby demand that you:

- **Immediately cease and desist all communication** with me regarding this alleged debt AND DELETE IT FROM MY CREDIT REPORT.
- **Stop all reporting** of this debt to consumer reporting agencies.
- **Provide written confirmation** that you have complied with this request.

If you **fail to comply,** I will file **formal complaints** with the **Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and my state Attorney General's office.** I also reserve the right to pursue **legal action for damages,** including violations of my consumer rights under the FDCPA.

**From:** ALLAH G ALLAH d/b/a Greatmind Enterprise/PRINCIPAL
**By:** Allah, Allah-Greatmind
**(Title):** Registered Owner/Attorney-in-fact
18675 Joann street
Detroit, Michigan 48205
Phone:313-469-5236

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

**To:**

✦ **Equifax Information Services, LLC** – P.O. Box 740256, Atlanta, GA 30374
✦ **Experian** – P.O. Box 4500, Allen, TX 75013
✦ **TransUnion Consumer Solutions** – P.O. Box 2000, Chester, PA 19016

**Subject: Formal Demand for Removal of Unauthorized Credit Inquiries and Correction of Credit Information**

**To Whom It May Concern,**

This letter serves as a **formal dispute and demand** for the immediate removal of **all hard and soft credit inquiries** made to my credit file without my direct authorization and without providing me any **benefit, credit, or legitimate service**. These inquiries constitute a **violation of the Fair Credit Reporting Act (FCRA)** and other applicable laws.

## 1. Violations Under the Fair Credit Reporting Act (FCRA)

Under the **FCRA**, credit inquiries must be **permissible and authorized** by the consumer for a legitimate transaction where the consumer receives **credit or tangible benefits**. I have **never directly initiated a transaction** or authorized the inquiries in question, nor have I received **any form of credit, insurance benefit, or financial service** from your institution as a result.

As these inquiries were made **without my authorization and without any resulting benefit to me**, they must be **immediately removed** from my credit file.

I demand that you:

- **Remove all unauthorized hard and soft inquiries** from my credit report.
- **Provide documentation** showing my original, express, and written consent for each inquiry.
- **Cease and desist** from further unauthorized inquiries on my credit report.

Failure to comply will result in **formal complaints** to the **Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and my state Attorney General's office**, as well as potential legal action for damages.

## Legal Violations and Civil Liability

### 1. Civil Liability for Willful Noncompliance – FCRA § 616 [15 U.S.C. § 1681n]

**Under 15 U.S.C. § 1681n, any person or entity that willfully fails to comply with the FCRA is liable for:**

- **Actual damages sustained by the consumer as a result of the violation, or statutory damages ranging from $100 to $1,000 per violation.**
- **Punitive damages, as determined by the court, for reckless disregard of consumer rights.**
- **Attorney's fees and court costs, if legal action is necessary.**

Your deliberate and reckless disregard of my federally protected rights constitutes willful noncompliance, exposing your company to maximum statutory and punitive damages.

### 2. Civil Liability for Negligent Noncompliance – FCRA § 617 [15 U.S.C. § 1681o]

Under 15 U.S.C. § 1681o, any person or entity that negligently fails to comply with the FCRA is liable for:

- **Actual damages sustained by the consumer due to the violation.**
- **Attorney's fees and court costs if I am forced to pursue legal action.**

Even if your actions were not intentional, negligent noncompliance still makes you fully liable for the financial harm I have suffered. Maximum Recoverable Damages as a Federally Protected Consumer As an insured, federally protected consumer, I am entitled to seek full restitution and damages for the harm caused by your unlawful actions, including but not limited to:

- **Statutory damages of up to $1,000 per FCRA violation.**
- **Unlimited punitive damages for willful noncompliance.**
- **Full compensation for any financial losses caused by inaccurate reporting, unauthorized inquiries, or unfair credit practices.**
- **Refunds of overpaid insurance premiums, as required under the Insurance Code of 1956 (Act 218 of 1956).**
- **Equitable relief, including the removal of inaccurate or unlawfully reported information.**
- **Attorney's fees and all court costs associated with enforcing my rights.**

## 2. Violations Under the Insurance Code of 1956 (Act 218 of 1956)

Under **Section 500.2153**, an insurer or any insured **financial institution offering a credit agreement may not use credit information** to deny, cancel, or **non-renew a personal insurance policy**. Additionally, **Section 500.2157** requires insurers to **reevaluate** an insured's credit information within **30 days** if any **incorrect or incomplete** information is identified and to **refund overpaid premiums** accordingly.

Your **improper use of my credit information** has negatively affected my **insurance policies and financial standing**. As such, I demand:

- **A full reevaluation of my credit information** and its impact on my insurance policies.
- **Immediate correction** of any errors affecting my financial profile.
- **A refund of any overpaid insurance premiums** as required by law.

Failure to comply will result in **regulatory complaints and legal action** to recover damages for your unlawful conduct.

## 3. Unlawful Misrepresentation Under 15 U.S.C. § 1692j

Under **15 U.S.C. § 1692j(a)**, it is unlawful to **design, compile, or furnish any form that falsely implies** that a third party is involved in debt collection when they are not. Your company's **misrepresentation of debt-related transactions and credit reporting practices** has **misled me and negatively impacted my financial standing.**

*I demand:*

- **A full disclosure of all parties involved** in any debt-related actions or credit inquiries concerning my account.
- **Immediate correction of any misrepresented information** in my credit file.
- **A written assurance** that you will cease any further deceptive practices regarding my credit information.

## Final Notice and Legal Consequences

**This letter serves as your final notice before I take legal action for your violations of the Fair Credit Reporting Act (FCRA) and other applicable consumer protection laws. Your actions constitute both willful and negligent noncompliance, making your company liable for significant damages under federal law.**

Immediate Action Required If you do not fully comply within 10 days, I will:

- **File formal complaints with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and my state's Attorney General.**
- **Pursue civil litigation seeking the maximum damages available under federal law.**
- **Request a full injunctive order against your company, barring further violations of my consumer rights.**

**This is your final warning. I expect an immediate and verifiable resolution of this matter and a written confirmation of compliance without delay. Sincerely,**

Signature

*Allah, Allah Greatmind*
(Title) Registered Owner/Attorney-in-fact

Note: Please see all attached exhibits/documents associated with my title and ownership to manage this account on behalf of the Legal entity ALLAH GREAT-MIND ALLAH.

Case 2:25-cv-11366
Judge: Grey, Jonathan J.C.
MJ: Altman, Kimberly G.
Filed: 05-12-2025 At 10:40 AM
CMP ALLAH V EXPERIAN INFORMATION SE
RVICES, LLC, ET AL (LG)

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ALLAH G. ALLAH, in propria persona, d/b/a Greatmind Enterprise

## DEFENDANTS
Experian Information Services, Inc, Equifax Information Services LLC, TransUnion LLC, Craig Boundy (CEO, Experian), Mark Begor (CEO, Equifax), Chris Cartwright (CEO, TransUnion)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | |
| | | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | |
| | | [ ] 555 Prison Condition | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of Fair Credit Reporting Act (15 U.S.C. § 1681), Fair Debt Collection Practices Act (15 U.S.C. § 1692),
Brief description of cause:
FTC Holder Rule (16 C.F.R. § 433), Unlawful furnishing of inaccurate, unverifiable credit information.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 150,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____       DOCKET NUMBER _____

DATE  05-10-2025          SIGNATURE OF ATTORNEY OF RECORD  AGA

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

SUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?        ☐ Yes
                                                                  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2.      Other than stated above, are there any pending or previously
        discontinued or dismissed companion cases in this or any other        ☐ Yes
        court, including state court? (Companion cases are matters in which    ☒ No
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


Notes :